Nov. Term,
Johnson and Others *v.* Vuthrick.                   **1855.**

Mills
v.
Where the Court has given an erroneous instruction which is applicable to the                   Riley.
issues, it will be presumed to have had an influence, unless the contrary is
shown; but where the Court has refused an instruction, it will be presumed
to have been refused as being inapplicable to the evidence, unless the con-
trary appears.

APPEAL from the *Montgomery* Circuit Court.                   *Saturday,*
*December* 1.
*Per Curiam.*—This case falls precisely within that of
*Taber* v. *Hutson,* 5 Ind. R. 322, and must be reversed.

It is said that as the evidence is not upon the record,
we can not say but that the judgment is right upon it,
notwithstanding the verdict was found under the influence
of an erroneous instruction. But the rule is, that where
the Court gives an erroneous instruction, applicable to
the issues, it will be presumed to have had an influence,
unless the contrary be shown; but where the Court refuses
an instruction, the contrary not being shown, it will be
presumed to have been refused because not applicable to
evidence given in the cause.

The judgment is reversed with costs. Cause remand-
ed, &c.

*R. C. Gregory, R. Jones, J. E. McDonald, J. Wilson* and
*L. Wallace,* for the appellants.

*H. S. Lane, S. C. Willson, E. A. Hannegan* and *D. W.
Voorhees,* for the appellees.